UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN SCOTT JORGENSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 2:22-cv-00397-NT |
| ) | |
| PETER JORGENSEN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 1, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision on the Motion to Dismiss for Lack of Jurisdiction (ECF No. 22). The Plaintiff filed an objection to the Recommended Decision on April 3, 2023 (ECF No. 32). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge (ECF No. 22) is hereby **ADOPTED**. The Complaint (ECF No. 1) is **DISMISSED** for lack of subject matter jurisdiction.

SO ORDERED.

                                                       /s/ Nancy Torresen  
                                                      United States District Judge

Dated this 18th day of April, 2023.